Exhibit "A"

# UDREN LAW OFFICES, P.C.
WOODCREST CORPORATE CENTER
111 WOODCREST ROAD
SUITE 200
CHERRY HILL, NEW JERSEY 08003-3620
856.669.5400
FAX: 856.669.5399

MARK J. UDREN*
STUART WINNEG**
GAYL SPIVAK ORLOFF***
HEIDI R. SPIVAK***
MARISA JOY MYERS***
LORRAINE DOYLE**
ALAN M. MINATO***
*ADMITTED NJ, PA, FL
**ADMITTED PA
***ADMITTED NJ, PA
TINA MARIE RICH
OFFICE ADMINISTRATOR

PENNSYLVANIA OFFICE
215-568-9500
215-568-1141 FAX

FREDDIE MAC
PENNSYLVANIA
DESIGNATED COUNSEL

PLEASE RESPOND TO NEW JERSEY OFFICE

January 16, 2006

Louis M. Fryson
141 Worrell Street
Chester, PA 19013

RE: Mortgage Electronic Registration Systems, Inc
    Loan # 8011184952
    Our File #05110428

Dear Mr. Fryson:

As requested, enclosed please find reinstatement form, indicating the sum needed to reinstate the referenced mortgage.

Please note the following:
1. **PAYMENT MUST BE SENT TO OUR NEW JERSEY OFFICE** and received by us no later than **February 14, 2006**. Thereafter, the reinstatement amount may change, and your check might be returned to you.

2. The above cure amount must be by ***CASHIER'S CHECK, CERTIFIED FUNDS OR MONEY ORDER payable to MARK J. UDREN, ESQUIRE***. Any other form of payment **will be returned** to you.

**WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

If you have any questions, please call.

Very truly yours,

Pat Bonkowski
Legal Assistant
/pb
Enclosures

January 16, 2006                                              Page 2 of 2

Louis M. Fryson
141 Worrell Street
Chester, PA 19013


RE: Mortgage Electronic Registration Systems, Inc.
    Loan #0811184952
    Our File #05110428

<u>REINSTATEMENT INFORMATION NOTICE</u>

| | |
|---|---:|
| Payments Due | $4,232.13 |
| Inspection Fees | 17.80 |
| Late Charges | 62.79 |
| Title Report | 325.00 |
| Prothonotary - File Complaint | 203.00 |
| Sheriff - Serve Complaint | 42.30 |
| Prothonotary - File Judgment | 36.00 |
| Attorney Fees | 875.00* |
| Prothonotary - Judgment Filing | 36.00* |
| Sheriff - Sale Deposit | 2,000.00* |
| Title Bringdown | 125.00* |
| Rule 3129 | 125.00* |
| Sheriff - Stay Sale ( 2% of $4,312.72) | 84.64* |
| Prothonotary - Discontinue Action | 15.00 |
| Federal Express | 25.00 |
| Additional Attorney Fee | 375.00* |
| **TOTAL AMOUNT TO REINSTATE** | **$8,543.66** |

THIS AMOUNT IS GOOD THRU **February 15, 2006**

NOTE:

1. ANY ITEM MARKED " * " ANTICIPATED, IF NOT ACTUALLY EXPENDED, WILL BE REFUNDED TO MORTGAGOR IMMEDIATELY. ATTORNEY FEES ARE SUBJECT TO ADJUSTMENT PURSUANT TO PENNSYLVANIA ACT 6, IF APPLICABLE.

2. **PAYMENT MUST BE SENT TO OUR NEW JERSEY OFFICE** and received by us no later than **February 14, 2006**. Thereafter, the reinstatement amount may change, and your check might be returned to you.

3. The above cure amount must be by ***<u>CASHIER'S CHECK, CERTIFIED FUNDS, OR MONEY ORDER payable to MARK J. UDREN, ESQUIRE</u>***. Any other form of payment <u>will be returned</u> to you.