IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS M. FRYSON, individually and as representative of a class | : : : | CIVIL ACTION |
| v. | : : | |
| UDREN LAW OFFICES, P.C. | : | NO. 07-164 |

O R D E R

AND NOW, this 20th day of September, 2007, it is ORDERED that the above captioned case is referred to Magistrate Judge L. Felipe Restrepo for all pretrial proceedings.

                                                *s/Thomas N. O'Neill, Jr.*
                                                THOMAS N. O'NEILL, JR.,     J.