IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS M. FRYSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UDREN LAW OFFICES, P.C. | : | NO. 07-0164 |

# **O R D E R**

AND NOW, this 26th day of September, 2007, it is hereby **ORDERED** that a Status Conference in the above captioned matter will take place before the undersigned on Wednesday, **October 10, 2007 at 2:00 p.m. in Courtroom Number 6, Second Floor, 900 Market Street, Philadelphia, PA 19107.**

BY THE COURT:

/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States Magistrate Judge

9/26/07 copy faxed to:
Robert F. Salvin, Esq.
Daniel S. Bernheim, Esq.