IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS M. FRYSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UDREN LAW OFFICES, P.C. | : | NO. 07-0164 |

# O R D E R

AND NOW, this 10th day of October, 2007, it is hereby **ORDERED** that a Settlement Conference in the above captioned matter will take place before the undersigned on Monday, **October 15, 2007 at 2:00 p.m. in Courtroom Number 3-I, 601 Market Street, Philadelphia, PA 19107.**

It is further **ORDERED** counsel shall appear with their respective clients and that counsel provide the undersigned with a brief statement outlining their respective positions for settlement. Counsel can submit the statement via e-mail to Judge_Restrepo@paed.uscourts.gov.

BY THE COURT:

/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States Magistrate Judge

10/10/'07 copy faxed to:

Robert F. Salvin, Esq.
Daniel S. Bernheim, Esq.