IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS M. FRYSON | : CIVIL ACTION |
| vs. | : |
| UDREN LAW OFFICES, P.C. | : |
| | : NO. 07-0164 |

O R D E R

**AND NOW, TO WIT:** this 17TH day of OCTOBER, 2007, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

**MICHAEL E. KUNZ**, Clerk of Court

BY: /s/ Juanita M. Davis
    Juanita M. Davis
    Deputy Clerk

Civ 12 (1/96)
41.1(b)
10/17/07 copy faxed to:
Robert F. Salvin, Esq.
Daniel S. Bernheim, Esq.